PEOPLE v. BRYANT

CRIMINAL LAW—SENTENCING—HEARSAY STATEMENT—WAIVER.
Trial judge's reading, at defendant's sentencing proceeding, a statement by a witness not present at the trial was not error where defense counsel made a specific waiver of the statement.

Appeal from Recorder's Court of Detroit, Joseph E. Maher, J.  Submitted Division 1 June 1, 1971, at Detroit.  (Docket No. 10071.)  Decided July 29, 1971.

Savoy Bryant was convicted of manslaughter. Defendant appeals.  Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Luvenia D. Dockett,* Assistant Prosecuting Attorney, for the people.

*M. John Shamo,* for defendant on appeal.

Before: Lesinski, C. J., and J. H. Gillis and Levin, JJ.

Per Curiam.  The defendant was charged with manslaughter and following a jury trial was convicted of that crime.  MCLA § 750.321 (Stat Ann

REFERENCE FOR POINTS IN HEADNOTE
53 Am Jur, Trial §§ 76, 143.

1954 Rev § 28.553).   He was sentenced to a term of 4 to 15 years in prison.

On appeal the defendant argues that error occurred at his sentencing when the judge read a statement by a witness not present at the trial.   The defendant also claims that immaterial testimony was admitted at his trial.

These issues are frivolous.   Defense counsel made a specific waiver of the statement that the judge read at the sentencing.   The record does not support defendant's allegation that immaterial testimony was admitted.   The questions sought to be reviewed are so unsubstantial as to require no argument or formal submission.

Motion to affirm is granted.